CLOSED,CLC,MDL,TRANSFERRED

# U.S. District Court
## Western District of Virginia (Roanoke)
## CIVIL DOCKET FOR CASE #: 7:19–cv–00273–EKD

City of Salem, Virginia v. Purdue Pharma L.P. et al
Assigned to: Judge Elizabeth K. Dillon
Demand: $40,000,000
Cause: 28:1332 Diversity–Notice of Removal

Date Filed: 03/28/2019
Date Terminated: 08/01/2019
Jury Demand: Defendant
Nature of Suit: 360 P.I.: Other
Jurisdiction: Diversity

**Plaintiff**

**City of Salem, Virginia**  represented by  **Grant Edward Morris**
Sanford Heisler, LLP
611 Commerce Street, Suite 3100
Nashville, TN 37203
615–434–7000
Fax: 615–434–7020
Email: gmorris@sanfordheisler.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Lauren Tallent Rogers**
Kaufman & Canoles, P.C.
P.O. Box 3037
Norfolk, VA 23514
757–624–3004
Fax: 888–360–9092
Email: ltrogers@kaufcan.com
*TERMINATED: 08/01/2019*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Patrick Hugh O'Donnell**
Kaufman & Canoles, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
757–624–3305
Fax: 888–360–9092
Email: phodonnell@kaufcan.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Richard Johan Conrod , Jr.**
Kaufman & Canoles, P.C.
P.O. Box 3037
Norfolk, VA 23514
757–624–3196
Fax: 888–360–9092
Email: rjconrod@kaufcan.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Stephen Michael Yost**
OSTERHOUDT PRILLAMAN NATT
HELSCHER YOST MAXWELL
& FERGUSON PLC
105 NORTH COLORADO STREET
SALEM, VA 24153
540–389–2349
Fax: 389–9560
Email:
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**William Edgar Spivey**
Kaufman & Canoles, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
757–624–3196
Fax: 888–360–9092
Email: wespivey@kaufcan.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

V.

**Defendant**

**Purdue Pharma L.P.**

**Defendant**

**Purdue Pharma Inc.**

**Defendant**

**The Purdue Frederick Company, Inc.**

**Defendant**

**Rhodes Pharmaceuticals, L.P.**

**Defendant**

**Abbott Laboratories**

**Defendant**

**Abbott Laboratories, Inc.**

**Defendant**

**Abbvie Inc.**

**Defendant**

**Mallinckrodt PLC**

**Defendant**

**Mallinckrodt LLC**  represented by **Sarah Byer Miller**
Bass Berry & Sims, PLC
150 Third Avenue South, Suite 2800
Nashville, TN 37201
615−742−7802
Email: smiller@bassberry.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Defendant**

**Specgx LLC**  represented by **Sarah Byer Miller**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Defendant**

**Endo Health Solutions Inc.**

**Defendant**

**Endo Pharmaceuticals Inc.**

**Defendant**

**PAR Pharmaceutical Companies, Inc.**

**Defendant**

**PAR Pharmaceutical, Inc.**

**Defendant**

**TEVA Pharmaceuticals USA, Inc.**

**Defendant**

**Cephalon, Inc.**

**Defendant**

**Barr Laboratories, Inc.**

**Defendant**

**Watson Laboratories, Inc.**

**Defendant**

**Actavis Pharma, Inc.**

**Defendant**

**Actavis, LLC**

**Defendant**

**Janssen Pharmaceuticals, Inc.**

**Defendant**

**Ortho–Mcneil–Janssen Pharmaceuticals, Inc**

**Defendant**

**Janssen Pharmaceutica, Inc.**

**Defendant**

**Allergan PLC**

**Defendant**

**Allergan Finance, LLC**

**Defendant**

**Insys Therapeutics, Inc.**

**Defendant**

**KVK–Tech, Inc.**

**Defendant**

**Amneal Pharmaceuticals LLC**

**Defendant**

**Impax Laboratories, LLC**

**Defendant**

**Amneal Pharmaceuticals, Inc.**

**Defendant**

**Amneal Pharmaceuticals of New York, LLC**

**Defendant**

**Mylan Pharmaceuticals, Inc.**

**Defendant**

**McKesson Corporation**

**Defendant**

**McKesson Medical–Surgical Inc.**

**Defendant**

**Cardinal Health, Inc.**

**Defendant**

**Amerisourcebergen Drug Corporation**

**Defendant**

**Henry Schein, Inc.**

**Defendant**

**General Injectables & Vaccines, Inc.**

**Defendant**

**Insource, Inc.**

**Defendant**

**CVS Health Corporation**

**Defendant**

**CVS Pharmacy, Inc.**

**Defendant**

**CVS TN Distribution, L.L.C.**

**Defendant**

**Walgreen Boots Alliance, Inc.**

**Defendant**

**Walgreen Co.**

**Defendant**

| | | |
|---|---|---|
| **Express Scripts Holding Company** | represented by | **Emily Munro Scott** |
| | | Hirschler Fleischer, P.C. |
| | | 2100 East Cary Street |
| | | Richmond, VA 23223–7078 |
| | | 804–771–9593 |
| | | Fax: 804–644–0957 |
| | | Email: escott@hirschlerlaw.com |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Bar Status: Active* |
| | | |
| | | **Jacqueline Cook Hedblom** |

Office of the Attorney General – Richmond
202 North Ninth Street
Richmond, VA 23219
804−786−9532
Fax: 804−371−2087
Email: jhedblom@oag.state.va.us
*TERMINATED: 07/11/2019*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Defendant**

**Express Scripts, Inc.** represented by **Emily Munro Scott**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Jacqueline Cook Hedblom**
(See above for address)
*TERMINATED: 07/11/2019*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Defendant**

**Caremark RX, L.L.C.**

**Defendant**

**CaremarkPCS Health, L.L.C.**

**Defendant**

**Caremark, L.L.C.**

**Defendant**

**UnitedHealth Group Incorporated** represented by **Brian David Boone**
Alston & Bird LLP
Bank of America Plaza
101 South Tyron Street, Suite 4000
Charlotte, NC 28280
704−444−1000
Fax: 704−444−1111
Email: brian.boone@alston.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Kimberly Kisabeth Chemerinsky**
Alston & Bird, LLP
333 South Hope Street, 16th Floor

Los Angeles, CA 90071
213–576–1079
Fax: 213–576–1100
Email: kim.chemerinsky@alston.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Turner Anderson Broughton**
Williams Mullen – Richmond
200 South 10th Street, Suite 1600
Richmond, VA 23219
804–420–6926
Fax: 804–664–0957
Email: tbroughton@williamsmullen.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**William Herman Jordan**
Alston & Bird, LLP
One Atlantic Center
1201 West Peachtree Street NW, Suite 4900
Atlanta, GA 30309–3424
404–881–7850
Fax: 404–881–7777
Email: bill.jordan@alston.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Defendant**

**OptumRx, Inc.** represented by **Brian David Boone**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Kimberly Kisabeth Chemerinsky**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Turner Anderson Broughton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

        **William Herman Jordan**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Defendant**

**Optum, Inc.**  represented by  **Brian David Boone**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Kimberly Kisabeth Chemerinsky**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Turner Anderson Broughton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**William Herman Jordan**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Defendant**

**Does 1–100**

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 03/28/2019 | Ï 1 | NOTICE OF REMOVAL from City of Salem Circuit Court, case number CL19000113–00. (Filing & Administrative fee $ 400, receipt #0423–3108847), filed by Mallinckrodt LLC, Specgx LLC. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit 1–State Court Records)(ck) (Entered: 03/29/2019) |
| 03/29/2019 | Ï 2 | NOTICE by Optum, Inc., OptumRx, Inc., UnitedHealth Group Incorporated *Supplemental Notice of Removal* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Broughton, Turner) |
| 04/02/2019 | Ï 3 | Order Requesting Transmittal of Case File from City of Salem Circuit Court. Signed by Judge Elizabeth K. Dillon on 4/2/2019. (ck) |

| | | |
|---|---|---|
| 04/04/2019 | ı 4 | MOTION to Remand *and Incorporated Memorandum of Law* by City of Salem, Virginia. (Rogers, Lauren) |
| 04/04/2019 | ı 5 | Supplemental MOTION to Remand *and Incorporated Memorandum of Law* by City of Salem, Virginia. (Rogers, Lauren) |
| 04/04/2019 | ı 6 | MOTION to Expedite *Treatment of Motion to Remand* by City of Salem, Virginia. (Rogers, Lauren) |
| 04/04/2019 | ı 7 | Briefing Order. Signed by Judge Elizabeth K. Dillon on 4/4/2019. (ck) |
| 04/05/2019 | ı 8 | Notice of Filing Requirement to Mallinckrodt LLC, Specgx LLC – Pursuant to Standing Order dated May 15, 2000, and the adoption of Rule 7.1 of the Federal Rules of Civil Procedures, effective December 1, 2002, nongovernmental corporate parties are directed to file a Corporate Disclosure Statement with their first appearance, pleading, motion or response. Click here to access the Corporate Disclosure Statement Form. This form should be electronically filed in this matter as ordered. (sas) |
| 04/08/2019 | ı 9 | Positive Corporate Disclosure Statement by Mallinckrodt LLC, Specgx LLC (Miller, Sarah) |
| 04/11/2019 | ı 10 | Positive Corporate Disclosure Statement by UnitedHealth Group Incorporated (Broughton, Turner) |
| 04/11/2019 | ı 11 | Positive Corporate Disclosure Statement by Optum, Inc. (Broughton, Turner) Modified on 4/12/2019 to add corporate parents United HealthCare Services, Inc. and UnitedHealth Group Incorporated (sas). |
| 04/11/2019 | ı 12 | Positive Corporate Disclosure Statement by OptumRx, Inc. (Broughton, Turner) Modified on 4/12/2019 to add corporate parents UnitedHealth Group Incorporated and OptumRX Holdings, LLC (sas). |
| 04/12/2019 | ı 13 | Paper State Court Records received from Circuit Court, City of Salem, CL19–113, (Paper records available for viewing in the Clerk's Office.) (ck) |
| 04/12/2019 | ı 14 | NOTICE of Appearance by Jacqueline Cook Hedblom on behalf of Express Scripts Holding Company, Express Scripts, Inc. (Hedblom, Jacqueline) |
| 04/16/2019 | ı 15 | MOTION for *William Jordan* to Appear Pro Hac Vice. Filing fee $ 100, receipt number 0423–3122081. by Optum, Inc., OptumRx, Inc., UnitedHealth Group Incorporated. (Attachments: # 1 Text of Proposed Order)(Broughton, Turner) |
| 04/16/2019 | ı 16 | MOTION for *Kimberly Chemerinsky* to Appear Pro Hac Vice. Filing fee $ 100, receipt number 0423–3122083. by Optum, Inc., OptumRx, Inc., UnitedHealth Group Incorporated. (Attachments: # 1 Text of Proposed Order)(Broughton, Turner) |
| 04/17/2019 | ı 17 | MOTION for *Brian Boone* to Appear Pro Hac Vice. Filing fee $ 100, receipt number 0423–3122739. by Optum, Inc., OptumRx, Inc., UnitedHealth Group Incorporated. (Attachments: # 1 Text of Proposed Order)(Broughton, Turner) |
| 04/17/2019 | ı 18 | MOTION to Stay by Optum, Inc., OptumRx, Inc., UnitedHealth Group Incorporated. (Broughton, Turner) |
| 04/17/2019 | ı 19 | Brief / Memorandum in Support re 18 MOTION to Stay . filed by Optum, Inc., OptumRx, Inc., UnitedHealth Group Incorporated. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit A, # 17 Text of Proposed Order)(Broughton, Turner) |
| 04/18/2019 | ı 20 | |

| | | |
|---|---|---|
| | | RESPONSE in Opposition re 4 MOTION to Remand *and Incorporated Memorandum of Law* . filed by Mallinckrodt LLC, Specgx LLC. (Attachments: # 1 Exhibit A – List of Cases)(Miller, Sarah) |
| 04/18/2019 | 21 | Brief / Memorandum in Opposition re 5 Supplemental MOTION to Remand *and Incorporated Memorandum of Law* . filed by Optum, Inc., OptumRx, Inc., UnitedHealth Group Incorporated. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Broughton, Turner) |
| 04/19/2019 | 22 | ORAL ORDER granting 15 MOTION to Appear Pro Hac Vice. Attorney William Herman Jordan for Optum, Inc., OptumRx, Inc. and UnitedHealth Group Incorporated added. Entered by Judge Elizabeth K. Dillon on 4/19/2019. (ck) |
| 04/19/2019 | 23 | ORAL ORDER granting 16 MOTION to Appear Pro Hac Vic. Attorney Kimberly Kisabeth Chemerinsky for Optum, Inc.,OptumRx, Inc. and UnitedHealth Group Incorporated added. Entered by Judge Elizabeth K. Dillon on 4/19/2019. (ck) |
| 04/19/2019 | 24 | ORAL ORDER granting 17 MOTION to Appear Pro Hac Vice. Attorney Brian David Boone for Optum, Inc., OptumRx, Inc. and UnitedHealth Group Incorporated added. Entered by Judge Elizabeth K. Dillon on 4/19/2019. (ck) |
| 04/24/2019 | 25 | REPLY to Response to Motion re 4 MOTION to Remand *and Incorporated Memorandum of Law* . filed by City of Salem, Virginia. (Rogers, Lauren) |
| 04/24/2019 | 26 | REPLY to Response to Motion re 5 Supplemental MOTION to Remand *and Incorporated Memorandum of Law* . filed by City of Salem, Virginia. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Rogers, Lauren) |
| 04/26/2019 | 27 | RESPONSE in Opposition re 18 MOTION to Stay . filed by City of Salem, Virginia. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Rogers, Lauren) |
| 05/03/2019 | 28 | NOTICE by Optum, Inc., OptumRx, Inc., UnitedHealth Group Incorporated re 18 , 19 *of Supplemental Authorities* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Broughton, Turner) |
| 05/03/2019 | 29 | REPLY to Response to Motion re 18 MOTION to Stay . filed by Optum, Inc., OptumRx, Inc., UnitedHealth Group Incorporated. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Broughton, Turner) |
| 05/06/2019 | 30 | NOTICE by City of Salem, Virginia re 5 , 4 *Notice of Supplemental Authority* (Attachments: # 1 Exhibit A)(Rogers, Lauren) |
| 05/16/2019 | 31 | ORDER granting 18 Motion to Stay Case and denying as moot 6 Motion to Expedite. This case is STAYED temporarily pending a decision by the JPML as to whether the case will be transferred to the Opiate MDL. Signed by Judge Elizabeth K. Dillon on 5/16/2019. (ck) |
| 07/11/2019 | 32 | NOTICE of Appearance by Emily Munro Scott on behalf of Express Scripts Holding Company, Express Scripts, Inc. (Scott, Emily) |
| 07/11/2019 | 33 | NOTICE by Express Scripts Holding Company, Express Scripts, Inc. *Hedblom Withdrawal of Counsel* (Scott, Emily) |
| 07/31/2019 | 34 | MOTION to Withdraw as Attorney *and Memorandum in Support* by City of Salem, Virginia. (Attachments: # 1 Text of Proposed Order)(Rogers, Lauren) |
| 08/01/2019 | 35 | ORDER granting 34 Motion to Withdraw as Attorney. Attorney Lauren Tallent Rogers terminated. Signed by Judge Elizabeth K. Dillon on 08/01/2019. (aab) |
| 08/01/2019 | 36 | Notice of MDL Transfer Order from District of Northern Ohio; MDL No. 2804. (aab) |